# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| FIRESTONE LASER & MANUFACTURING LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL BRISTOW,<br><br>        Defendant. | CASE NO. 4:21-CV-01772-AMK<br><br>MAGISTRATE JUDGE AMANDA M. KNAPP<br><br>**JUDGMENT ENTRY** |

For the reasons set forth in the Memorandum Opinion and Order contemporaneously filed with this Judgment Entry, judgment entered in favor of Plaintiff. Plaintiff Firestone Laser & Manufacturing, LLC, is awarded damages in the amount of $344,912.32. Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

       IT IS SO ORDERED.

Dated: August 14, 2024

                                        */s/ Amanda M. Knapp*
                                        AMANDA M. KNAPP
                                        UNITED STATES MAGISTRATE JUDGE